# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

***

FERENCE FARKAS,

                Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS,
*et al.*,

                Defendants.

Case No. 2:14–cv–451–JAD–VCF

**ORDER**

This matter involves incarcerated Plaintiff Ference Farkas' civil rights action against the Nevada Department of Corrections. Before the court is Defendants' Motion to Submit Farkas' Medical Records Under Seal (#36). For the reasons stated below, Defendants' motion is granted.

On July 31, 2014, Defendants moved to seal a large portion of Farkas' medical records, which were submitted in multiple parts as exhibits to Defendants' opposition to Farkas' motion for a preliminary injunction. (Def.'s Mot. to Seal (#29) at 2–3). The court granted Defendants' request. (*See* Order #34). Now, Defendants move to seal a portion of Farkas' medical records, which were submitted as Exhibit A to Defendants' motion for summary judgment. The arguments and law proffered in support of the instant motion are identical to the law and arguments proffered in support of the previously adjudicated motion. (*Compare* Def.'s Mot. (#36) *with* Def.'s Mot. (#29)).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Defendants' Motion to Seal (#36) is GRANTED.

DATED this 25th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE